IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARK SINGER, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 19-CV-3954 |
| | ) | |
| v. | ) | Honorable Elaine E. Bucklo |
| | ) | |
| CITY OF CHICAGO, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

The parties, by their undersigned counsel, respectfully submit the following Joint Status Report:

**A.** **Progress of Discovery**

Plaintiff should complete his written discovery responses by May 22. Defendant provided its initial disclosures February 24. Plaintiff intends to follow up with written discovery requests to Defendant by May 26. At this point, the parties anticipate approximately 5 depositions.

**B.** **Status of Briefing on Any Unresolved Motions**

No pending motions.

**C.** **Settlement Efforts**

The parties have not discussed settlement.

**D.** **Proposed Schedule for Next 45 Days**

Complete written discovery

**E.** **Proposed Revised Discovery and Dispositive Motion Schedule**

Fact Discovery Completion: November 25, 2020

Expert Discovery Completion: January 29, 2021

Final Date for Supplementation of MIDP: November 6, 2020

Date for Filing Dispositive Motions: February 12, 2012

**F.    Any Agreed Action the Court Can Take without a Hearing**

Enter revised discovery schedule.

**G.    Whether a Telephonic Hearing Is Necessary and Time Urgent**

No.

| | |
|---|---|
| DATE:  May 18, 2020 | Respectfully Submitted, |

MARK SINGER

By: /s/ Marko Duric

Robert Robertson
Marko Duric
ROBERTSON DURIC
One North LaSalle, Suite 300
Chicago, Illinois 60602
(312) 223-8600
rob@robertsonduric.com
marko@robertsonduric.com

CITY OF CHICAGO

By: /s/ Cheryl Friedman (w/ permission)

Cheryl L. Friedman
Bret Kabacinski
Iris Chavira
City of Chicago Department of Law
30 North LaSalle, Suite 900
Chicago, Illinois 60602
(312) 744-4038
Cheryl.Friedman1@cityofchicago.org
Bret.Kabacinski@cityofchicago.org
Iris.Chavira@cityofchicago.org