**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MARK SINGER, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 19-CV-3954 |
| | ) | |
| v. | ) | Honorable Elaine E. Bucklo |
| | ) | |
| CITY OF CHICAGO, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

The parties, by their undersigned counsel, respectfully submit the following Joint Status

Report:

**A.      Progress of Discovery**

The parties completed Plaintiff's deposition following Plaintiff's recovery from surgery.

The only fact deposition remaining is the City's 30(b)(6) deposition. The parties have agreed to

complete the City's 30(b)(6) deposition within the time previously set for expert discovery. The

City opposes extension of fact discovery for any purpose other than completion of the 30(b)(6)

deposition. Plaintiff does not seek any other fact discovery. The parties have determined that they

will not retain expert witnesses.

**B.      Status of Briefing on Any Unresolved Motions**

No pending motions.

**C.      Settlement Efforts**

The parties have not discussed settlement.

**D.      Proposed Schedule for Next 45 Days**

The parties will complete the City's 30(b)(6) deposition and any expert discovery by

September 29, 2021.

**E.     Proposed Revised Discovery and Dispositive Motion Schedule**

Fact Discovery Completion: September 29, 2021

Expert Discovery Completion: September 29, 2021

Date for Filing Dispositive Motions: October 20, 2021

**F.     Any Agreed Action the Court Can Take without a Hearing**

Enter revised discovery schedule.

**G.     Whether a Telephonic Hearing Is Necessary and Time Urgent**

No.

DATE:  July 23, 2021                          Respectfully Submitted,

MARK SINGER

By:  /s/ Marko Duric

Robert Robertson
Marko Duric
ROBERTSON DURIC
One North LaSalle, Suite 300
Chicago, Illinois 60602
(312) 223-8600
robrobertson1@sbcglobal.net
marko@robertsonduric.com

CITY OF CHICAGO

By:  /s/ Cheryl Friedman (w/ permission)

Cheryl L. Friedman
Bret Kabacinski
City of Chicago Department of Law
30 North LaSalle, Suite 900
Chicago, Illinois 60602
(312) 744-4038
Cheryl.Friedman1@cityofchicago.org
Bret.Kabacinski@cityofchicago.org