IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARK SINGER, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 19-CV-3954 |
| | ) | |
| v. | ) | |
| | ) | JUDGE ELAINE E. BUCKLO |
| CITY OF CHICAGO, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE SUMMARY JUDGMENT (UNOPPOSED)**

Defendant City of Chicago, by and through its attorney, Celia Meza, Corporation Counsel, moves this Honorable Court for an extension of time to file its motion for summary judgment, to and including November 3, 2021. In support of this motion, Defendant states as follows.

1. This case involves the destruction or sale of Plaintiff Mark Singer's personal property by the Chicago Police Department. Singer's property was inventoried by the Chicago Police Department as part of an investigation into alleged criminal activity by Singer. All criminal charges were dismissed against Singer, but Singer waited a number of years to go to CPD and attempt to retrieve his property.

2. At the close of discovery, Defendant expected to move for summary judgment on all of Plaintiff's claims. A briefing schedule was set for Defendant's motion, which made the motion due today, October 20, 2021. *See* ECF No. 57.

3. Shortly before fact discovery closed, on September 28, 2021, a representative of the City of Chicago was deposed on Defendant's policies regarding the retention and/or

disposal of previously-inventoried property. Counsel for Defendant expected this deposition to establish crucial evidence for Defendant's upcoming summary judgment motion.

4. At the conclusion of the deposition, counsel for Defendant ordered the deposition transcript. At the time, counsel believed that they would still have enough time to assemble their motion after receiving the transcript.

5. A few days later, counsel for Defendant called the court reporting service that recorded the City Representative's deposition, to inquire about getting the transcript expedited, at extra cost. Counsel was told at the time that it would not be possible to expedite the order, but that he should expect to have the transcript approximately a week before the motion was due.

6. As of the filing of this motion, counsel has still not received a copy of the transcript. Accordingly, counsel requires more time to file Defendant's motion for summary judgment.

7. As counsel has been unable to procure a reliable estimate of when to expect the transcript, Defendant requests two additional weeks, to November 3, 2021, to file its motion. Counsel for Defendant contacted counsel for Plaintiff, Mr. Marco Duric, yesterday via email inquiring about Plaintiff's position on this motion. Mr. Duric indicated that Plaintiff did not object to the motion.

8. Neither party nor the Court will be prejudiced by the granting of this motion. No date for trial has been set in this case.

WHEREFORE, Defendant City of Chicago requests two additional weeks, to November 3, 2021, to file its motion for summary judgment.

Dated: October 20, 2021 	Respectfully submitted,

          CITY OF CHICAGO
          CELIA MEZA
          CORPORATION COUNSEL

By:   /s/ Bret A. Kabacinski
       Bret A. Kabacinski
       Atty. No. 6313169

City of Chicago Department of Law
2 N. LaSalle Street, Suite 420
Chicago, Ill. 60602
T: 312-742-1842