IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARK SINGER, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 19-CV-3954 |
| | ) | |
| v. | ) | Honorable Elaine E. Bucklo |
| | ) | |
| CITY OF CHICAGO, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

The parties, by their undersigned counsel, respectfully submit the following Joint Status Report:

The parties conducted a settlement conference before Judge Cummings on August 8, 2022. At the conference, the parties were able to come to a settlement agreement that is subject to approval of the City Council of the City of Chicago. Dkt. 102.

Presently, the parties are to file the joint pretrial order and motions *in limine* by September 15, 2022 and responses to motions *in limine* by September 29, 2022. Dkt. 91. A pretrial conference is scheduled for October 14, 2022. *Id*. The parties are optimistic that formal settlement will ultimately be reached. However, the parties will not be in a position to have finalized the proposed settlement by any of the above dates.

Defendant provided settlement paperwork to Plaintiff on August 25 and received executed documents on September 7. The City expects the soonest the matter can be brought to the full City Council is its October meeting, which does not appear to have been scheduled. However, the City acknowledges that there is a possibility that the formal settlement may take until the Council's November meeting or later. In the event that the City Council approves the settlement, no trial date would be necessary. In the event that the City Council rejects the settlement in mid-October or

later, it is unclear to the City if the parties would be able to accomplish the pretrial tasks in time for the January 9, 2022 date.

Rather than have the parties prepare a pretrial order and motions *in limine* that will likely be unnecessary, the parties respectfully request the Court strike the present pretrial scheduling and request a further status report in early November. This will ideally allow the parties sufficient time to effectuate the proposed settlement or to determine what next steps to take.

Therefore, the parties request pretrial scheduling be stricken in order to allow time for the parties to effectuate settlement.

DATE: September 8, 2022

Respectfully Submitted,

MARK SINGER

By: /s/ Marko Duric

Robert Robertson
Marko Duric
ROBERTSON DURIC
One North LaSalle, Suite 300
Chicago, Illinois 60602
(312) 223-8600
robrobertson1@sbcglobal.net
marko@robertsonduric.com

CITY OF CHICAGO

By: /s/ Cheryl Friedman

Cheryl L. Friedman
Caroline Fronczak
Raoul V. Mowatt
Mitchell Paglia
City of Chicago Department of Law
30 North LaSalle, Suite 900
Chicago, Illinois 60602
(312) 744-4038
Cheryl.Friedman1@cityofchicago.org

caroline.fronczak@cityofchicago.org
Raoul.mowatt@cityofchicago.org
Mitchell.paglia@cityofchicago.org